## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 329 EAL 2023

          Respondent                          :

                                        :   Petition for Allowance of Appeal
                                        :   from the Order of the Superior Court

          v.                               :

BRETT MCDOWELL,                      :

          Petitioner                       :

COMMONWEALTH OF PENNSYLVANIA,       :   No. 330 EAL 2023

          Respondent                          :

                                        :   Petition for Allowance of Appeal
                                        :   from the Order of the Superior Court

          v.                               :

BRETT MCDOWELL,                      :

          Petitioner                       :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 3rd day of April, 2024, the Petition for Allowance of Appeal is **DENIED**.